Vincent M. Giblin, Esq. (VG-3668)
**KROLL HEINEMAN GIBLIN, LLC**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100
Fax: (732) 491-2120
Attorneys for Petitioners

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY BUILDING LABORERS' STATEWIDE BENEFIT FUNDS AND THE TRUSTEES THEREOF, | Hon. Dennis M. Cavanaugh<br><br>Civil Action No.: 07-5934 |
| Petitioner(s), | **CIVIL ACTION** |
| v. | **ORDER CONFIRMING ARBITRATION AWARD** |
| GMS CUSTOM MASONRY, INC., | |
| Respondent(s). | |

**THIS MATTER** having been opened to the Court by Kroll Heineman Giblin, LLC, (Vincent M. Giblin, Esq., appearing), attorneys for Petitioners pursuant to a Motion to Confirm an Arbitration Award; this Court having fully considered the matter; and for good and sufficient cause shown;

**IT IS** on this __19__ day of ~~January~~ AUGUST 2008,

**ORDERED** that the Opinion and Award of J.J. Pierson dated October 29, 2007 shall be and is hereby CONFIRMED; and it is further

**ORDERED** that Respondent shall cease and desist from violating the Trust Agreements by refusing to submit to an audit as directed by the Arbitrator; and it is further

**ORDERED** that Respondent shall make payment to the Funds in the amount of $350.00 as directed by the Arbitrator; and it is further

**ORDERED** that Respondent shall submit to an audit, and produce any and all information

requested by the Funds in this regard, on or before ~~January~~ August 19, 2008 in light of the fact that the time directed by the Arbitrator for audit (*i.e.*, November 30, 2007) has elapsed.

_____
Judge, United States District Court